UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:26-CV-00815-GNS

DANNY FIGUEREDO TORRES PETITIONER

v.

WARDEN RESPONDENT

# ORDER

This matter is before Petitioner's *pro se* Petition for Writ of Habeas Corpus (DN 1) and Respondents' Motion for Leave to Seal (DN 20).

In the Show Cause Order, the Court directed Petitioner Danny Figueredo Torres to file an Amended Petition by October 23, 2026. (Show Cause Order 1, DN 17). Petitioner has failed to comply with the Show Cause Order, which warrants the dismissal of the Petition.

Respondents have moved for leave to seal unredacted versions of the documents (DN 21) provided with their response to the Show Cause Order. (Resp'ts' Mot. Leave Seal, DN 20). The documents contain Petitioner's private, sensitive, and confidential information. Because Respondents have identified appropriate reasons for sealing the unredacted documents from public disclosure, the motion is granted.

Accordingly, **IT IS HEREBY ORDERED** as follows:

1. The Petition for Writ of Habeas Corpus (DN 1) is **DENIED WITHOUT PREJUDICE**.

2. Respondents' Motion for Leave to Seal (DN 20) is **GRANTED**, and the Clerk shall seal DN 21.

3. The Clerk shall strike this matter from the active docket.

**Greg N. Stivers, Judge**
**United States District Court**
November 3, 2026

cc: Petitioner, *pro se*
Respondents